Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Sergio Bejarano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bejarano's conviction and sentence are **AFFIRMED.** Bejarano's motion for appointment of counsel on appeal is **DENIED AS MOOT.**

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Ruth Weaver, has filed a motion to withdraw on appeal and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ruth WEAVER, a.k.a. Ruth Gonzalez, Defendant–Appellant.**

No. 08–16890
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 19, 2009.

Ruth Weaver, Danbury, CT, pro se.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lonell Bernard GADSON, Defendant–Appellant.**

No. 08–16543
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 19, 2009.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.